# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:05CV265

| | |
|---|---|
| HI-TEX, INC., )<br>      Plaintiff )<br>)<br>vs. )<br>)<br>LARRY RISING and AMERICAN )<br>AUTOMATION, INC., )<br>      Defendants )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Special Admission" (Document No. 14), filed August 1, 2005. Upon careful review and consideration, and noting that Mark Cantor and Matthew Jakubowski have already paid the admission fee to the Clerk of Court, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion for Special Admission" (Document No. 14) is **GRANTED**.

**Signed: August 5, 2005**

David C. Keesler
United States Magistrate Judge